**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Luis Alberto NAVARRO, Defendant— Appellant.**

No. 02–50588.

D.C. No. CR–02–00150–NM.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 15, 2004.

Ronald L. Cheng, USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, Joey L. Blanch, USR–U.S. Attorney's Office Riverside, Riverside, CA, for Plaintiff–Appellee.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lisa M. Bassis, Los Angeles, CA, for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Luis Alberto Navarro appeals his guilty-plea conviction and 70–month sentence for one count of illegal re-entry into the United States following deportation, in violation of 8 U.S.C. § 1326(a) with an enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Navarro has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.